MARY A. KUNZ, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Kunz* v. *City of N. Y.*, 155 App. Div. 920, affirmed.
(Argued October 19, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 5, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in failing to keep a sidewalk in proper repair.

*Frank L. Polk, Corporation Counsel* (*Edward A. Freshman* and *James D. Bell* of counsel), for appellant.

*Frederick E. Fishel* and *Hamilton Anderson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.